# Third District Court of Appeal
## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2094
Lower Tribunal No. 12-16563 SP
_____


**United Automobile Insurance Company**,
Appellant,

vs.

**Millennium Radiology, LLC, d/b/a Millennium Open MRI, a/a/o Leonides N. Suarez,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Michael J. Neimand, for appellant.

Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale); David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), for appellee.


Before FERNANDEZ, C.J., and EMAS and LOBREE, JJ.

PER CURIAM.

We reverse and remand consistent with our recent decision in <u>United Automobile Insurance Co. v. Millennium Radiology</u>, LLC, 47 Fla. L. Weekly D175, D177 (Fla. 3d DCA Jan. 12, 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").

Reversed and remanded.